# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: David W. Remaley  
Joyce K. Remaley  
Debtor(s)

CHAPTER 13

BKY. NO. 16-24251 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich  
Maria Miksich  
05 Apr 2021, 09:36:50, EDT

Brian C. Nicholas, Esq. (317240) ☐  
Maria D. Miksich, Esq. (319383) ☑  
Rebecca A. Solarz, Esq. (315936) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com