**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID W. REMALEY
    JOYCE K. REMALEY
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-24251

Chapter 13

Related to Docket No. 52

FILED
4/15/21 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __15th Day of April, 2021__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-24251-GLT
David W. Remaley     Chapter 13
Joyce K. Remaley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 3
Date Rcvd: Apr 15, 2021     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W. Remaley, Joyce K. Remaley, 11204 Azalea Drive, Pittsburgh, PA 15235-1820 |
| cr | | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14322400 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14322404 | | Dollar Bank Payment Processing, P.O. Box 555, Pittsburgh, PA 15230-0555 |
| 15208527 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14333769 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14333768 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 14322407 | | PSECU, Po Box 67012, Harrisburg, PA 17106-7012 |
| 14322408 | + | Regency Finance Company, 4313 Walnut Street, Suite 144, McKeesport, PA 15132-6129 |
| 14322409 | | S&T Bank, Cardmember Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14348972 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14347143 | | Wells Fargo Bank, NA, Default Documents Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14322413 | + | Wells Fargo Home Mortgage, P.O. Box 11758, Newark, NJ 07101-4758 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14322401 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2021 03:48:00 | Blair, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14328446 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2021 03:48:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14322403 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 16 2021 03:48:00 | Citizen's Automobile Finance, P. O. Box 42113, Providence, RI 02940-2113 |
| 14367777 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 16 2021 03:49:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14322405 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:29:30 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14322402 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 16 2021 03:20:37 | Chase-Slate, PO Box 94014, Palatine, IL 60094-4014 |
| 15048536 | | Email/Text: camanagement@mtb.com | Apr 16 2021 03:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14363771 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2021 03:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14322406 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2021 03:48:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14381748 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:29:19 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 16-24251-GLT    Doc 63    Filed 04/17/21    Entered 04/18/21 00:39:17    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14325607 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:20:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14350755 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2021 03:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14322410 | | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:29:00 | Sam's Club MC/SYNCB, PO Box 960013, Orlando, FL 32896-0013 |
| 14322412 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:29:54 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | M&T Bank |
| cr | | Wells Fargo Bank, NA |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14322411 | * | Sam's Club MC/SYNCB, PO Box 960013, Orlando, FL 32896-0013 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Apr 17, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Joseph A. Dessoye | on behalf of Creditor Wells Fargo Bank  NA pawb@fedphe.com |
| Kenneth M. Steinberg | on behalf of Debtor David W. Remaley julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | |

District/off: 0315-2 | User: bsil | Page 3 of 3
Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 27

on behalf of Joint Debtor Joyce K. Remaley julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Maria Miksich
   on behalf of Creditor M&T Bank mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
   on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 10